```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulane Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JONATHAN ALONSO CHOLICO
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>　　　　*Plaintiff,*<br><br>　v.<br><br>JONATHAN ALONSO CHOLICO,<br><br>　　　　*Defendant.* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 1:10-cr-00321 OWW<br><br>STIPULATION AND ORDER TO ADVANCE STATUS CONFERENCE HEARING<br><br>DATE:　August 6, 2010<br>TIME:　12:30 P.M.<br>JUDGE:　Oliver W. Wanger |

　　　　**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the status conference hearing in the above-captioned matter now set for August 23, 2010, **may be advanced to August 6, 2010 at 12:30P.M.**

　　　　This advancement of the court date is at the request of the defense as we anticipate Mr. Cholico will enter a plea on his next court date, which Mr. Cholico wishes to do as soon as possible.

```
                                           BENJAMIN B. WAGNER
                                           United States Attorney

DATED: August 4, 2010          By:   /s/ Kevin Rooney
                                           KEVIN ROONEY
                                           Assistant United States Attorney
                                           Attorney for Plaintiff
```

///

///

///

Stipulation and ORDER to Advance Status Conference Hearing

```
                                          DANIEL J. BRODERICK
                                          Federal Defender

DATED: August 4, 2010             By:     /s/ Charles J. Lee
                                          CHARLES J. LEE
                                          Assistant Federal Defender
                                          Attorney for Defendant
                                          JONATHAN ALONSO CHOLICO
```

## O R D E R

**IT IS SO ORDERED.**

DATED:  August 5, 2010

/s/ OLIVER W. WANGER
United States District Court Judge