1 | DANIEL J. BRODERICK, Bar #89424
Federal Defender
2 | CHARLES J. LEE, Bar #221057
Assistant Federal Defender
3 | Designated Counsel for Service
2300 Tulane Street, Suite 330
4 | Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JONATHAN ALONSO CHOLICO

IN THE U0NITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 1:10-cr-00321 OWW |
|---|---|
| Plaintiff, | ) STIPULATION TO CONTINUE SENTENCING ) HEARING;  ORDER |
| v. | ) DATE:    December 6, 2010 |
| JONATHAN ALONSO CHOLICO, | ) TIME:     1:30 P.M. ) JUDGE:  Oliver W. Wanger |
| Defendant. | ) |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the sentencing hearing in the above captioned matter now set for October 18, 2010, may be continued to December 6, 2010. at 1:30 p.m.

This continuance is requested by counsel for the defendant to allow additional time for defense investigation and preparation prior to hearing.  The requested continuance will conserve time and resources for both counsel and the court.

As this is a sentencing hearing, no exclusion of time is necessary under the Speedy Trial Act.

                                                BENJAMIN B. WAGNER
                                                United States Attorney

DATED: October 14, 2010        By:    /s/ *Kevin Rooney*
                                                    KEVIN ROONEY
                                                    Assistant United States Attorney
                                                    Attorney for Plaintiff

Cholico - Stip and Order to
Continue Sentencing Hearing

|  |  |
|---|---|
|  | DANIEL J. BRODERICK<br>Federal Defender |
| DATED: October 14, 2010 | By:  /s/ *Charles J. Lee*<br>CHARLES J. LEE<br>Assistant Federal Defender<br>Attorney for Defendant<br>JONATHAN ALONSO CHOLICO |

# O R D E R

**IT IS SO ORDERED.**  Sentencing in the above-referenced matter is hereby continued to December 6, 2010, at 1:30 P.M.


Date: October 15, 2010           /s/ OLIVER W. WANGER
                                 United States District Judge